73 A.3d 576

**David D. RICHARDSON, Appellant**

v.

**COMMONWEALTH of Pennsylvania, John E. Wetzel, Secretary, Department of Corrections; and Kathleen G. Kane, Attorney General, Appellees.**

**No. 7 MAP 2013.**

Supreme Court of Pennsylvania.

Aug. 20, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of August, 2013, the Order of the Commonwealth Court is AFFIRMED.